■ In the Matter of RAFAEL P. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANTHONY P. et al., Respondents, and FRANK J. CLARK, III, as Erie County District Attorney, Intervenor-Appellant. [710 NYS2d 239] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Mix, J. (Appeal from Order of Erie County Family Court, Mix, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.